FILED

06/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0729

_____

IN RE THE MARRIAGE OF:

BENJAMIN ANDERSON,

      Petitioner and Appellee,

v.

KRISTIN C. ANDERSON, n/k/a
KRISTIN COOPER,

      Respondent and Appellant.

O R D E R

_____

Counsel for Appellant has filed a third motion for extension to file the transcripts on appeal in this matter.

M. R. App. P. 9(1) calls for the transcript to be provided within forty days after the filing of a notice of appeal. A notice was sent out on December 21, 2023, detailing the transcripts necessary for appeal. On April 8, 2024, Court Reporter Robin Lee provided an affidavit requesting a 60-day extension to file the transcripts. The Court granted Lee's request, ordering transcripts due no later than June 3, 2024.

On June 3, 2024, Appellant's counsel filed the present motion, representing that she made numerous unsuccessful attempts to contact Lee and thus was unable to explain the delay in filing transcripts. Noting that she was unable to procure the requisite affidavit from Lee in support of an extension of time, counsel requested an additional two weeks to file the transcripts.

On June 6, 2024, Lee filed an affidavit with this Court, requesting two weeks to complete the transcripts in this case. With good cause appearing,

IT IS THEREFORE ORDERED that Robin Lee, Official Court Reporter, is granted an extension of time to and including June 20, 2024, within which to prepare, file, and

serve the transcripts requested on appeal.  No further extensions will be granted without an affidavit from the court reporter.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due thirty days after the filing of the transcripts.

The Clerk shall provide a copy of this Order to all counsel of record and to Robin Lee.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 6 2024